| | |
|---|---|
| RICHARD C. JOHNSON (SBN 40881)<br>SHAAMINI A. BABU (SBN 230704)<br>JULIE A. OSTIL (SBN 215202)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104<br>(415) 882-7900<br>(415) 882-9287 – Facsimile<br>djohnson@sjlawcorp.com<br>sbabu@sjlawcorp.com<br>jostil@sjlawcorp.com<br><br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACTOR EQUIPMENT SALES, INC., a California corporation, J.L. WHITE INTERNATIONAL, INC., a California corporation, TES ASSET MANAGEMENT AND CONSULTING GROUP, a California joint venture, and DOES 1-20<br><br>Defendants. | Case No.: C 12-01056 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES; [PROPOSED] ORDER THEREON**<br><br>Date: August 24, 2012<br>Time: 1:30 p.m.<br>Courtroom 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for August 24, 2012, 1:30 p.m., and all related deadlines, including ADR deadlines, be continued for 90 days, to coincide with plaintiffs' Motion for Default as to defendant TES Asset Management and Consulting Group, a California joint venture and to coincide with plaintiffs amending the complaint to name new defendants.

1. Good Cause exists for the request: This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability

-1-
**REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
Case No.: C 12-01056 JSW

amounts owed by Tractor Equipment Sales, Inc. and its controlled group members to plaintiffs Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs").

2. On March 1, 2012, plaintiffs filed a Complaint in this matter.

3. Service was effectuated on defendants Tractor Equipment Sales, Inc., a California corporation, J.L. White International, Inc., a California corporation, and TES Asset Management and Consulting Group, a California joint venture, by personal service on Jim White, authorized agent and/or officer for each defendant on April 9, 2012. A proof of service was filed on April 19, 2012. (Dkt. # 10)

4. Defendant Tractor Equipment Sales, a California corporation, filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Northern District of California, on May 14, 2012. On June 7, 2012, plaintiffs filed a Notice of Automatic Stay Under 11 U.S.C. Section 362 as to defendant Tractor Equipment Sales, Inc. only. (Dkt. #15) Further, plaintiffs' counsel made an appearance at the Meeting of Creditors wherein plaintiffs' counsel conferred with counsel for defendant Tractor Equipment Sales, a California corporation and the Bankruptcy Trustee. Plaintiffs' counsel anticipates conducting a Federal Rules of Bankruptcy Procedure §2004 Exam of principal Steven Van Tuyl to determine whether or not plaintiffs will be adding defendants to this instant action.

5. On May 29, 2012, plaintiffs requested that the Case Management Conference scheduled on June 22, 2012, and all of its associated deadlines, be continued for 60 days in anticipation of plaintiffs filing a Request for Entry of Default against Defendant and/or amending the complaint to add new defendants. (Dkt. 12)

6. On May 30, 2012, the Motion to Continue Case Management was granted by the Court and the Case Management Conference was continued to August 24, 2012 at 1:30 pm. (Dkt. #13)

7. On June 19, 2012, plaintiffs filed a Notice of Voluntary Dismissal of Defendant J.L. White International, Inc. only. (Dkt. 16)  Plaintiffs' counsel was contacted by Jim White, the authorized agent for the named defendants, regarding the lawsuit, and provided information that lead to Defendant J.L. White International, Inc. dismissal.

8. On July 25, 2012, plaintiffs filed a Request for Default of TES Asset Management and Consulting Group, a California joint venture, only. (Dkt. # 17)

9. As of the date of the filing of this request, defendant TES Asset Management and Consulting Group has failed to file a Response to the Complaint and the time to do so has expired.

10. Since no defendants have appeared in the action, there is no need to hold a Case Management Conference or elect an ADR procedure.

11. Therefore, plaintiffs respectfully request that the Case Management Conference currently scheduled for August 24, 2012, and all of its associated deadlines, be continued for 90 days in anticipation of Plaintiffs conducting discovery in the bankruptcy proceeding and/or amending the complaint to add new defendants and to coincide with the Motion for Default Judgment of TES Asset Management and Consulting Group.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 30th day of July, 2012, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
    Julie A. Ostil
    Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to December 7, 2012 at 1:30 p.m. All related deadlines, including ADR deadlines, are extended accordingly.

Date: August 1, 2012

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE