1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  JULIE A. OSTIL (SBN 215202)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  djohnson@sjlawcorp.com
   sbabu@sjlawcorp.com
6  jostil@sjlawcorp.com

7  Attorneys for Plaintiffs

8                          UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 PENSION TRUST FUND FOR OPERATING         Case No.:  C 12-01056 JSW
   ENGINEERS; F.G. CROSTHWAITE and
11 RUSSELL E. BURNS, as Trustees,
                                            **REQUEST TO CONTINUE CASE
12       Plaintiffs,                        MANAGEMENT CONFERENCE AND
                                            ALL RELATED DEADLINES;
13 vs.                                      [PROPOSED] ORDER THEREON**

14 TRACTOR EQUIPMENT SALES, INC., a         Date:  February 15, 2013
   California corporation, J.L. WHITE       Time:  1:30 p.m.
15 INTERNATIONAL, INC., a California        Courtroom 11, 19th Floor
   corporation, TES ASSET MANAGEMENT        Judge: The Honorable Jeffrey S. White
16 AND CONSULTING GROUP, a California
   joint venture, and DOES 1-20
17
         Defendants.
18

19

20       Plaintiffs herein respectfully request that the Case Management Conference currently on

21 calendar for February 15, 2013, 1:30 p.m., and all related deadlines, including ADR deadlines, be

22 continued for 90 days, to evaluate whether or not plaintiffs will be amending the complaint to

23 name new defendants.

24       1.      Good Cause exists for the request:  This action arises under the Employee

25 Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension

26 Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability

27 amounts owed by Tractor Equipment Sales, Inc. and its controlled group members to plaintiffs

28
                                                                               -1-
P:\CLIENTS\OE3WL\CASES\TES Tractor Equipment Sales\Pleadings\CMC\Request to Continue CMC 012913.DOC

1   Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns

2   ("Plaintiffs").

3       2.      On March 1, 2012, plaintiffs filed a Complaint in this matter.  (Dkt. #1)

4       3.      Service was effectuated on defendants Tractor Equipment Sales, Inc., a California

5   corporation, J.L. White International, Inc., a California corporation, and TES Asset Management

6   and Consulting Group, a California joint venture, by personal service on Jim White, authorized

7   agent and/or officer for each defendant on April 9, 2012.  A proof of service was filed on April 19,

8   2012. (Dkt. # 10)

9       4.      Defendant Tractor Equipment Sales, a California corporation, filed a Chapter 7

10  Bankruptcy in the U.S. Bankruptcy Court, Northern District of California, on May 14, 2012.  On

11  June 7, 2012, plaintiffs filed a Notice of Automatic Stay Under 11 U.S.C. Section 362 as to

12  defendant Tractor Equipment Sales, Inc. only. (Dkt. #15) Further, plaintiffs' counsel made an

13  appearance at the Meeting of Creditors wherein plaintiffs' counsel conferred with counsel for

14  defendant Tractor Equipment Sales, a California corporation and the Bankruptcy Trustee.

15      5.      On May 29, 2012, plaintiffs filed their first request that the Case Management

16  Conference scheduled on June 22, 2012, and all of its associated deadlines, be continued for 60

17  days in anticipation of plaintiffs filing a Request for Entry of Default against Defendant TES Asset

18  Management and Consulting Group, a California joint venture and/or amending the complaint to

19  add new defendants. (Dkt. 12)

20      6.      On May 30, 2012, the Motion to Continue Case Management was granted by the

21  Court and the Case Management Conference was continued to August 24, 2012 at 1:30 pm. (Dkt.

22  #13)

23      7.      On June 19, 2012, plaintiffs filed a Notice of Voluntary Dismissal of Defendant

24  J.L. White International, Inc. only. (Dkt. 16)

25      8.      On July 25, 2012, plaintiffs filed a Request for Default of TES Asset Management

26  and Consulting Group, a California joint venture, only.  (Dkt. # 17)

27

28

-2-
REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON
Case No.:  C 12-01056 JSW

P:\CLIENTS\OE3WL\CASES\TES Tractor Equipment Sales\Pleadings\CMC\Request to Continue CMC 012913.DOC

9.       On July 30, 2012, plaintiffs filed their second request that the Case Management Conference scheduled on August 24, 2012, and all of its associated deadlines, be continued for 90 days in anticipation of plaintiffs filing a Motion for Default as to defendant TES Asset Management and Consulting Group, a California joint venture. (Dkt. # 18)

10.       On August 1, 2012, the Motion to Continue Case Management was granted by the Court and the Case Management Conference was continued to December 7, 2012 at 1:30 pm. (Dkt. #22).

11.       On October 30, 2012, Plaintiffs received an Order from the bankruptcy court granting a document production that occurred on December 11-12, 2013 (the earliest available date for debtor's bankruptcy counsel).  Defendants' produced voluminous financial documents. Plaintiffs' counsel is currently conducting an extensive document review and have not determined whether or not plaintiffs will be adding defendants to this instant action.

12.       On November 7, 2012, plaintiffs filed their third request that the Case Management Conference scheduled on December 7, 2012, and all of its associated deadlines, be continued for 90 days in anticipation of defendants producing financial documents in the bankruptcy proceeding. (Dkt. # 24)

13.       On November 8, 2012, the Motion to Continue Case Management was granted by the Court and the Case Management Conference was continued to February 15, 2013 at 1:30 pm. (Dkt. #25).

14.       On January 11, 2013, plaintiffs filed a Notice of Voluntary Dismissal of Defendant TES Asset Management & Consulting, only, based on information produced during the bankruptcy proceeding. (Dkt. 26)

15.       Since no defendants have appeared in the action, there is no need to hold a Case Management Conference or elect an ADR procedure.

16.       Therefore, plaintiffs respectfully request that the Case Management Conference currently scheduled for February 15, 2013, and all of its associated deadlines, be continued for 90 days in anticipation of Plaintiffs completing discovery in the bankruptcy proceeding and thereafter

-3-
**REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.:  C 12-01056 JSW**

1    analyzing the information received in order to determine whether it has grounds for amending its

2    complaint to add additional defendants.

3           I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

4    entitled action, and that the foregoing is true of my own knowledge.

5           Executed this 30th day of January, 2013, at San Francisco, California.

6                       SALTZMAN & JOHNSON LAW CORPORATION

7

8                       By: _____/S/_____
                       Julie A. Richardson
                       Attorneys for Plaintiffs

9

10                             **<u>ORDER</u>**

11   IT IS SO ORDERED.

12          Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case

13   Management Conference is hereby continued to May 3, 2013          at 1:30 p.m. All related

14   deadlines, including ADR deadlines, are extended accordingly.

15

16   Date: __January 30, 2013_____        _____
                  THE HONORABLE JEFFREY S. WHITE

17                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                            -4-
**REQUEST TO CONTINUE CMC; [~~PROPOSED~~] ORDER THEREON**
                              **Case No.:  C 12-01056 JSW**