RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACTOR EQUIPMENT SALES, INC., a California corporation, J.L. WHITE INTERNATIONAL, INC., a California corporation, TES ASSET MANAGEMENT AND CONSULTING GROUP, a California joint venture, and DOES 1-20<br><br>Defendants. | Case No.: C 12-01056 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES; [PROPOSED] ORDER THEREON**<br><br>Date: February 15, 2013<br>Time: 1:30 p.m.<br>Courtroom 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for February 15, 2013, 1:30 p.m., and all related deadlines, including ADR deadlines, be continued for 90 days, to evaluate whether or not plaintiffs will be amending the complaint to name new defendants.

1. Good Cause exists for the request: This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability amounts owed by Tractor Equipment Sales, Inc. and its controlled group members to plaintiffs

-1-
REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON
Case No.: C 12-01056 JSW

Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs").

2. On March 1, 2012, plaintiffs filed a Complaint in this matter. (Dkt. #1)

3. Service was effectuated on defendants Tractor Equipment Sales, Inc., a California corporation, J.L. White International, Inc., a California corporation, and TES Asset Management and Consulting Group, a California joint venture, by personal service on Jim White, authorized agent and/or officer for each defendant on April 9, 2012. A proof of service was filed on April 19, 2012. (Dkt. # 10)

4. Defendant Tractor Equipment Sales, a California corporation, filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Northern District of California, on May 14, 2012. On June 7, 2012, plaintiffs filed a Notice of Automatic Stay Under 11 U.S.C. Section 362 as to defendant Tractor Equipment Sales, Inc. only. (Dkt. #15) Further, plaintiffs' counsel made an appearance at the Meeting of Creditors wherein plaintiffs' counsel conferred with counsel for defendant Tractor Equipment Sales, a California corporation and the Bankruptcy Trustee.

5. On May 29, 2012, plaintiffs filed their first request that the Case Management Conference scheduled on June 22, 2012, and all of its associated deadlines, be continued for 60 days in anticipation of plaintiffs filing a Request for Entry of Default against Defendant TES Asset Management and Consulting Group, a California joint venture and/or amending the complaint to add new defendants. (Dkt. 12)

6. On May 30, 2012, the Motion to Continue Case Management was granted by the Court and the Case Management Conference was continued to August 24, 2012 at 1:30 pm. (Dkt. #13)

7. On June 19, 2012, plaintiffs filed a Notice of Voluntary Dismissal of Defendant J.L. White International, Inc. only. (Dkt. 16)

8. On July 25, 2012, plaintiffs filed a Request for Default of TES Asset Management and Consulting Group, a California joint venture, only. (Dkt. # 17)

9. On July 30, 2012, plaintiffs filed their second request that the Case Management Conference scheduled on August 24, 2012, and all of its associated deadlines, be continued for 90 days in anticipation of plaintiffs filing a Motion for Default as to defendant TES Asset Management and Consulting Group, a California joint venture. (Dkt. # 18)

10. On August 1, 2012, the Motion to Continue Case Management was granted by the Court and the Case Management Conference was continued to December 7, 2012 at 1:30 pm. (Dkt. #22).

11. On October 30, 2012, Plaintiffs received an Order from the bankruptcy court granting a document production that occurred on December 11-12, 2013 (the earliest available date for debtor's bankruptcy counsel). Defendants' produced voluminous financial documents. Plaintiffs' counsel is currently conducting an extensive document review and have not determined whether or not plaintiffs will be adding defendants to this instant action.

12. On November 7, 2012, plaintiffs filed their third request that the Case Management Conference scheduled on December 7, 2012, and all of its associated deadlines, be continued for 90 days in anticipation of defendants producing financial documents in the bankruptcy proceeding. (Dkt. # 24)

13. On November 8, 2012, the Motion to Continue Case Management was granted by the Court and the Case Management Conference was continued to February 15, 2013 at 1:30 pm. (Dkt. #25).

14. On January 11, 2013, plaintiffs filed a Notice of Voluntary Dismissal of Defendant TES Asset Management & Consulting, only, based on information produced during the bankruptcy proceeding. (Dkt. 26)

15. Since no defendants have appeared in the action, there is no need to hold a Case Management Conference or elect an ADR procedure.

16. Therefore, plaintiffs respectfully request that the Case Management Conference currently scheduled for February 15, 2013, and all of its associated deadlines, be continued for 90 days in anticipation of Plaintiffs completing discovery in the bankruptcy proceeding and thereafter

analyzing the information received in order to determine whether it has grounds for amending its complaint to add additional defendants.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 30th day of January, 2013, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
    Julie A. Richardson
    Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to May 3, 2013 at 1:30 p.m. All related deadlines, including ADR deadlines, are extended accordingly.

Date: January 30, 2013

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE