| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
|   | pmiller@sjlawcorp.com |
| 2 | ANNE M. BEVINGTON (SBN 111320) |
|   | abevington@sjlawcorp.com |
| 3 | KIMBERLY A. HANCOCK (SBN 205567) |
|   | khancock@sjlawcorp.com |
| 4 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 5 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 6 | (415) 882-9287 – Facsimile |
| 7 | Attorneys for Plaintiffs |
| 8 | JOHN P. BOGGS (SBN 172578) |
|   | jboggs@employerlawyers.com |
| 9 | IAN G. ROBERTSON (SBN 283151) |
|   | FINE, BOGGS & PERKINS LLP |
| 10 | 80 Stone Pine Road, Suite 210 |
| 11 | Half Moon Bay, CA 94019 |
|    | (650) 712-8908 |
| 12 | (650) 712-1712 – Facsimile |
| 13 | Attorney for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | CASE NO. CV 12-1056 WHO |
|  | <u>RELATED TO</u> |
| Plaintiffs, | |
| vs. | CASE NO. CV 13-3703 WHO |
| TRACTOR EQUIPMENT SALES, INC., a California corporation, et al., | **STIPULATION AND JOINT REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL PENDING RULING ON DISPOSITIVE MOTIONS; ORDER THEREON** |
| Defendants. | |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., | **Trial Date:       November 19, 2014** |
| Plaintiffs, | |
| v. | |
| TRACTOR EQUIPMENT SALES, INC., a California corporation, et al., | |
| Defendants. | |

- 1 -
STIP AND JOINT REQUEST TO CONTINUE TRIAL; ORDER
RELATED CASE NOS. CV 12-1056 AND 13-3703 WHO

1  On September 3, 2014, the Court heard the parties' cross-motions for summary judgment in these related cases. The motions are pending before the Court. The current schedule for the case requires the parties to make their pretrial submissions by October 20, 2014, 14 days in advance of the pretrial conference scheduled for November 3, 2014, with a bench trial to follow on November 19, 2014. The existing dates of the pretrial conference and trial were set in the Court's Civil Pretrial Order entered on November 14, 2013 (Dkt. No. 54 in Case No. 12-cv-1056 and Dkt. No. 19 in Case No. 13-cv-3703) and have not previously been continued.

Because the parties expect that the Court's rulings on the pending motions will likely narrow the issues for trial if it does not dispose of the cases altogether, the parties have conferred and agreed to request that the Court continue the dates of the pretrial conference and the trial for 90 days, or for such other period as the Court deems appropriate. The requested continuance would permit the parties to prepare for trial on the issues, if any, remaining to be tried after the motions are decided, rather than preparing for trial on all issues unnecessarily, and to estimate reliably the time that will be needed for trial.

The parties propose the following new dates:

February 16, 2015 at 2:00 p.m. – Pretrial conference

March 4, 2015 at 8:00 a.m. – Bench trial

Respectfully submitted,

Date:  October 9, 2014         SALTZMAN & JOHNSON LAW CORPORATION

By:  _____/S/ Anne M. Bevington_____
  ANNE M. BEVINGTON
  Attorneys for Plaintiffs

Date:  October 9, 2014         FINE, BOGGS & PERKINS LLP

By: _____/S/ John P. Boggs_____
  JOHN P. BOGGS
  Attorneys for Defendants

- 2 -
STIP AND JOINT REQUEST TO CONTINUE TRIAL; ORDER
RELATED CASE NOS. CV 12-1056 AND 13-3703 WHO

\\candsf\data\Users\WHOALL\_CV\2013\2013_03703_Automotive_Industries_Pension_Trust_Fund_v_Tractor_Equipment_Sales_Inc\13-cv-03703-WHO-Proposed_Order_to_Continue_Pretrial_and_Trial.docx

**CERTIFICATION RE SIGNATURES**

I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  October 9, 2014     /S/ Anne M. Bevington_____
                                                    Anne M. Bevington

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court VACATES the pretrial conference and trial.  They will be reset in the event the pending motions do not resolve the case.

**IT IS SO ORDERED.**

Date: October 10, 2014     _____
                                           HON. WILLIAM H. ORRICK
                                           UNITED STATES DISTRICT JUDGE